| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |
| TC | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** _____

**PRISONER NO.:** _____

**PLACE OF CONFINEMENT:** _____

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MAR 02 2022

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

__ROOSEVELT HARRY WOODSON, JR__
Enter Full Name                    Plaintiff

VS.

__Mr. Attorney Howard J. Manheimer__

__Mr. Attorney David L. Hensley__
Enter Full Name(s)                 Defendant(s)

CIVIL ACTION NO. __7:22CV113__

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  __N/A__ Yes    __N/A__ No

B. If your answer to A is Yes, describe the action in the space below.

  1. Parties to the Action: __N/A__
     __N/A__
     __N/A__

  2. Court: __N/A__

  3. Docket No.: __N/A__

  4. Judge: __N/A__

  5. Disposition: __N/A__
     __Do Not Know At This Time As You Did not get with me__
     (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

  Yes __N/A__   No __N/A__

  1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.
     __N/A__

  2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.
     __Due to Lt. Parker/Captain Custer stated write a Request form which I have submitted a Request form for Jewis Relgies Diet meal Request # 1654673322 Feb22-2022 at 3:00pm__

D. Statement of Claim – State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 – Supporting Facts – Tell your story, briefly, without citing cases or law.

On November 22, 2021 Mr. David L. Hensley, As of my Howard J. Manheimer Esquire at the NRADC to discussed the status of my cases I told them to move me

Claim #2 – Supporting Facts – Tell your story briefly without citing cases or law.

As of to RSW But Due to Mr. Woodson Jewish Relgies Diet Meal That jail do not give out This Jewish Relgies Diet Meal only FAQuier jail As I can't seek no Help at all

Claim #3 – Supporting Facts – Tell your story briefly without citing cases or law.

This client of Mr. Howard J. Manheimer Mr. David L. Hensley Shall Receive His Rights of Jewish Relgies Diet meal Request # 165467322 Feb 22-22 At 3:00pm From Food service

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

To Beable Seek Help As of get Move to Another Who have This Jewish Relgies Diet meal / As of seeking something for Stuffering

SIGNED THIS R.W. DAY OF February, 20 22

Roosevelt Halley Woodson JR
Roosevelt Halley Woodson JR
(Signature of Each Plaintiff)

**VERIFICATION:**

I, Roosevelt Harry Woodson JR, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 02/25/2022  SIGNED: Roosevelt Halley Woodson JR

Food service stated on the request that Mr. Woodson sent through the tablet about his Relgies Diet as of Jewish Due to been approved by Food service as of Food-service stated Woodson Please have your Attorney's move you to Another Regional jail who can Actually serve you with your Jewish Relgies Diet Meal as they Both-Turn Mr. Woodson Constitutional Rights Down as of refuse his Constitutional rights of seeking his Jewish Relgies Diet Meal Names Mr. David L. Hensley 16 South Kent Street Winchester, VA 22601 Mr. Howard J. Manheimer unknowing Address Their TelePhone Numbers are to Mr. Hensley (540) 667-4243) Mr. Manheimer (540) 535-6015) I File A-Motion to the Court to Actually Fire Mr. Howard J. Manheimer They still have him as my Attorney Due to Mr. Woodson Not seeking No Help From Him.

Dated 02/25/2022 Time 12:30PM

A Motion of Inmate Complaint under CIVIL RIGHTS ACT, 42 USC §1983 Due to His Constitutional Rights Been violating By The mental Health employee staff member name Ms. VanBurch / I am Mr. Roosevelt Harry Woodson, JR Doc# 1673542 Housing Assignment 2ASA-3 At Northwestern Regional Adult Detention Center 141 Fort Collier Road Winchester, Virginia 22603 Filing This Motion on This mental Health employee staff member At This Regional Adult Detention Center Name Ms. Van Burch Due to her Actually refusing Mr. David L. Hensley As of Mr. Howard J. Manheimer client Mr. Roosevelt Harry Woodson, JR Doc# 1673542 Housing Assignment 2ASA-3 of His medication As of Mr. David L. Hensley And Mr. Howard J. Manheimer client Mr. Woodson Do Have some mental Disability Problems As of hearing Voices Thinking People out to get Him Not Remembering What He wrote to People As of Attorney's And Courts As of family members to This client of Mr. David L. Hensley As of Mr. Howard J. Manheimer which is Mr. Roosevelt Harry Woodson, JR Doc# 1673542 Housing Assignment 2ASA-3 Was Actually supposed to see A Doctor For Pysch evaluation As Mr. Woodson Actually sign His ordered Papers on December 14, 2021 As of December 28, 2021 at 2:30 PM to have This Pysch evaluation Done Due to Mr. Woodson Needing Help As of Back on His Mental Health medication As Doctor Mr. Kevin Frye Made Mr. David L. Hensley As of Mr. Howard J. Manheimer client Mr. Woodson Promise That He would Be off His Medication For two week to see How He Do As This client of Mr. David L. Hensley And Mr. Howard J. Manheimer Been with out medication For 2 years since November 6, 2020 to March 2, 2022 Due to Mr. Woodson Not seeking No Mental Health Treatment He And His Attorney's Mr. David L. Hensley Mr. Howard J. Manheimer wishes to Seek This issues of refusing His client Mr. Roosevelt Harry Woodson JR Doc# 1673542 Housing Assignment 2ASA-3 In Federal Court Due to Constitutional Rights By Law Dated 02/25/2022

Time At NRADC 10:00 PM

Please Respond With A Copy of This Motion Back In 7 Days of The Date Above:

ROOSEVELT HARRY WOODSON, JR DOC# 1673542 Housing Assignment
NORTHWESTERN REGIONAL ADULT DETENTION 2A NOVA 220
CENTER 141 fort collier Rd. (Mail jail) 28 FEB 2022 PM 3 L
Winchester VA 22603



FEderAL MAiL
↓
LegAL MAiL
Against NRADC employee

To: Clerk, United States
District court 210 Franklin Road,
SW, Suite 540 Roanoke, VA
24011-2208

24011-220840